Anoush Hakimi (SBN 228858)
*anoush@handslawgroup.com*
Peter Shahriari (SBN 237074)
*peter@handslawgroup.com*
Ani Avetisyan (SBN 266679)
*ani@handslawgroup.com*
Laura Steven (SBN 332168)
*laura@handslawgroup.com*
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**SANDRA EDMONDS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KISSINGER PROPERTIES, a Business of Unknown Form; SMART & FINAL STORES LLC, a California Corporation; and Does 1-10,<br>　　　　Defendants. | Case No.: 2:21-cv-00258-DMG-AFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

　　　Plaintiff Sandra Edmonds requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants Kissinger Properties, and Smart & Final Stores LLC, from Plaintiff's

Complaint, Case Number 2:21-cv-00258-DMG-AFM. The parties herein reached settlement of the present action. Each party will be responsible for its own fees and costs.

Dated: March 3, 2021         **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Sandra Edmonds