UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>    Plaintiff,<br><br>    v.<br><br>KISSINGER PROPERTIES, a Business of Unknown Form; SMART & FINAL STORES LLC, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: CV 21-258-DMG (AFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [21]** |

Pursuant to Fed. R. Civ. P. 41(a), the Court, having considered the documents before it,

**IT IS HEREBY ORDERED THAT:**

Plaintiff Sandra Edmonds' action against Defendants Kissinger Properties and Smart & Final Stores LLC is dismissed with prejudice. The parties shall be responsible for their own fees and costs.

DATED: March 5, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE